**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FITZROY PAUL,**

        **Plaintiff,**

-vs-                                                    Case No.  6:06-cv-495-Orl-31KRS

**ORLANDO BUS, LTD.,**

        **Defendant.**

_____

## ORDER

The parties hereto have filed a Joint Motion to Approve Settlement Agreement (Doc. 19). The Court finds that the attached Settlement Agreement (Ex. A) is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel.  However, the Agreement contains a confidentiality provision (paragraph 4) which is not viable because the Agreement has been filed in Court and is part of the public record.  Therefore, it is

**ORDERED** the Motion is GRANTED, in part.  The Agreement is approved, except for paragraph 4 and provisions related to confidentiality, and this case is DISMISSED, with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 25, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE